```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------
BRAULIO THORNE,
                                        25-cv-2999 (JGK)
               Plaintiff,
                                        ORDER
     - against -

VERMONTS ORIGINAL, LLC,

               Defendant.
-----------------------------------
```

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **July 14, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
            April 14, 2025

                                                _____
                                                   John G. Koeltl
                                          United States District Judge