UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

BRAULIO THORNE, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

                 Plaintiffs,

            v.

VERMONT'S ORIGINAL, LLC,

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -   x

No.: 1:25-cv-2999

**<u>NOTICE OF VOLUNTARY
DISMISSAL</u>**

       Plaintiff(s), BRAULIO THORNE, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without

fees and costs against Defendant, VERMONT'S ORIGINAL, LLC.


Dated:   New York, New York
         June 6, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge